ORIGINAL

UKTF 109
PEC #150934

FILED
2010 SEP 13 PM 3:55
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-17606(B) |
| | ) | |
| NOREEN L. PECSOK, | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor(s) | ) | Judge: RANDOLPH BAXTER |

### TRANSMITTAL OF UNCLAIMED FUNDS

Marvin A. Sicherman, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

Claim No. 1          Revenue Group                    $99.04
                     3700 Park East Drive
                     Beachwood, OH 44122

2. Your trustee's check for $99.04 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: August 25, 2010

_____
Marvin A. Sicherman, Trustee

cc: United States Trustee